UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | |
|---|---|
| GOLDEN ROAD MOTOR INN, INC.   ) | |
| ) | 3:07-CV-00397-LRH-RAM |
| Plaintiff,   ) | |
| ) | MINUTES OF THE COURT |
| vs.   ) | |
| ) | September 14, 2007 |
| LABORERS UNION LOCAL 169, et al.,   ) | |
| ) | |
| Defendants.   ) | |
| ) | |

PRESENT:

THE HONORABLE LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: ROSEMARIE MILLER         REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):          NONE APPEARING

COUNSEL FOR DEFENDANT(S):          NONE APPEARING

MINUTE ORDER IN CHAMBERS:

     Before the court is Plaintiff's Emergency Request for Extension of Temporary Restraining Order and for Hearing on Motion for Preliminary Injunction (#8), in which Plaintiff requests an extension of the Temporary Restraining Order previously issued by the state court in this litigation. As this court will not be able to schedule a hearing upon Plaintiff's Motion for Preliminary Injunction prior to the expiration of the current Temporary Restraining Order and it appearing that no undue prejudice will occur to Defendants, the Temporary Restraining Order in this action is hereby extended from September 15, 2007, to September 28, 2007.

     Also before the court are Plaintiff's Motion to Remand (#6) and Defendants' Motion to Dismiss (#7). Oppositions to these motions shall be due on September 24, 2007, and any replies shall be due on September 26, 2007. The court hereby sets the hearing upon Plaintiff's Motion for Preliminary Injunction (#4), Plaintiff's Motion to Remand (#6) and Defendants' Motion to Dismiss (#7) on Friday, September 28, 2007, at 10:00 a.m. in Courtroom 5 of the Bruce R. Thompson U.S. Courthouse.

LANCE S. WILSON, CLERK

By:          /s/
          Deputy Clerk